# COPY

1983 FORM

①
5-29-01

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 USC § 1983

_____
DAVID ALLEN COURTNEY
_____
_____

(Enter above The full name of
The plaintiff or plaintiffs in
This action)

vs.

Commonwealth
_____
_____
_____
_____

(Enter above The full name of
The defendant or defendants
in This action)

In the United States District
Court for the Middle
District of Pennsylvania

# 1 : CV01-0923

FILED
SCRANTON
MAY 24 2001
PER _____ DEPUTY CLERK

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with The same facts involved in This action or otherwise relating to your imprisonment?
Yes___ No ✓

B. If your answer To A. is yes, describe each lawsuit in The space below. (If there is more Than one lawsuit, describe The additional lawsuits on another piece of paper, using The same outline).

1. Parties to this previous lawsuit

   Plaintiffs: ___N/A___

   Defendants: ___N/A___

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket Number _____

4. Name of judge to whom case was assigned: ___N/A___

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

6. Approximate date of filing lawsuit: ___N/A___

7. Approximate date of disposition: ___N/A___

II. Place of Present Confinement: S.C.I. MAHANOY 301 Morea RD, Frackville, PA 17932

   A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ___

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ___ No ✓

   C. If your answer is YES:

      1. What steps did you take? _____

      2. What was the result? _____

D. If your answer is NO, explain why not: The STATE GRIEVANCE SYSTOM DOES NOT DEAL WITH The COUNTY COURTS

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of plaintiff DAVID ALLEN COURTNEY

   Address S.C.I. MAHANOY 301 Morea Road FrackvilL, PA. 17932

(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants).

B. Defendant _____ J. TURGEON _____ is employed as _____ JUDGE _____ at DAUPHIN COUNTY COURT HOUSE.

C. Additional Defendants: STEELTON POLICE DEPT, PUBLIC DEFENDERS OFFICE, DISTRICT ATTORNEYS OFFICE, DISTRICT JUSTICE SEMIC-

IV. Statement of Claim:

STEELTON POLICE DEPT. FOR NOT PROCESSING me FOR THIS Crime.

PUBLIC DEFENDERS OFFICE, FOR INEFFECTIVE ASSISTANCE OF COUNSEL COUNSEL DID NOT SPEAK ON MY BEHALF

DISTRICT ATTORNEYS OFFICE, SINCE THE D.A. HAN NO EVIDENCE TO Charge me with This Crime

DISTRICT JUSTICE SEMIC, FOR HOLDING THIS CASE OVER TO A HIGHER COURT ON NOTHING BUT HEARSAY.

J. TURGEON, FOR SENTENCING THE DEFENDANT ON THIS Crime When They had NO EVIDENCE TO Prove That THE DEFENDANT EVEN Committed This Crime at all EXCEPT FOR HEARSAY FROM The DISTRICT ATTORNEY

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(1) RELEASE ME FROM PRISON.

(2) COMPENSATE ME FOR LOST WAGES OF $ 64,800.00

(3) MENTAL ANGUISH THAT I SUFFERD FROM THIS INCIDENT.

(4) PUNTAVE DAMAGES SINCE THE DISTRICT ATTORNEY HAS NO PROOF THAT I COMITTED THIS CRIME.

(5) Payment for Pain and Suffering; for being accused of comitting a crime that I did not do.

(6) Payment for Loss of Life's Pleasures Payment for standing Trial on the charge of T.U.T. when I was mentaly incopetent to stand Trial.

(7) Compensated for the use of a coerced confession against me at the Trial.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

MAY 7, 2001                          David Courtney
(Date)                               (Signature of plantiff)