IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**1 : CV01-0923**

_DAVID COURTNEY_

**Name of Plaintiff(s)**

v.

_J. TURGEON (JUDGE), DISTRICT ATTORNEY'S OFFICE, PUBLIC DEFENDERS OFFICE, STEELTON POLICE DEPARTMENT, DISTRICT JUSTICE STEVEN SEMIC_

**Name of Defendant(s)**

Civil Case No.

Judge

(Number and Judge to be assigned by court)

FILED
SCRANTON
MAY 24 2001

PER _____ KMG
DEPUTY CLERK

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

**PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.**

1. ✓ I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

2. ✓ I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted?    Yes _____    No ✓

    (a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?
        Yes _____    No _____

(b) Please explain in detail why you are under imminent danger of serious physical injury:

_____
_____
_____

4. (a) Are you presently employed at the Institution? Yes _X_ No ___

(b) If yes, what is your monthly compensation? $ _20.00 A MONTH_

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes _✓_ No ___

If the answer is "yes" to any of the above, describe each source and the amount involved.

_Money from my mother amount $25.00 To 100.00 depending on what she can send it is ushely $25.00._

_____
_____

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _MAY 20, 2001_            _David Courtney_
         (Date)                    (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

2

RECEIVED MAY 09 2001 PER DEPUTY CLERK HARRISBURG, PA.

IN THE COURT OF COMMON PLEAS OF

_DAUPHIN_, COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA : NO. 1:CV01-0923

VS. :

_DAVID COURTNEY_ :

PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED

IN FORMA PAUPERIS PURSUINT TO Pa R.C.P 240

FILED SCRANTON MAY 24 2001 PER _____ DEPUTY CLERK

Petioner, _DAVID COURTNEY_, respectfully requests that this Honorable Court grant him leave to procede in forma pauperis pursuant to Pennsylvania Rule of Civil Procedure 240.

_DAVID COURTNEY_ states under the penalties provided by 18 Pa.C.S. § 4909 (concerning unsworn falsification to authorities)that

1. I am the Defendant in the above action and because of my financial condition am unable to pay fees and costs or to give security therefore.

2. The following declaration relating to my ability to pay fees and costs is true and correct.
   (a)

   (1) I am currently an inmate at:

   The State Correctional Institute at Mahanoy
   301 Morea Road
   Frackville, PA 17932

   (2) I am currently paid at the rate of $._19_ per hour for _5_ hours per day.

(b) Have you recived within the past twelve month any income from a business profession or other form of self-employment, or in the form of rent payment dividends, pensions, annuities, social security benifits, support-payments or other sources?

   ( ) Yes  (X) No

(c) (1) Ihave $_____.00 in my institutional inmate account.

   (2) Apart from funds in your inmate account, do you own any cash or checking or savings accounts?

   ( ) Yes  (X) No

(d) Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (except ordinary household furnishings and clothing)?

   ( ) Yes  (X) No

(e) List the persons, if any, who are dependant upon you for support and state your relationship to those persons.

(f) List all of your debts and obligations.

_____NONE_____

_____

_____

_____

3. I understand that false statements or answers to any question will subject me to the penalties provided by law (misdemeaner- of the second degree).

Wherefore, for the foregoing reasons, petitioner respectfully request that this Honorable Court grant him leave to procede in forma pauperis.

Date MAY 7, 2001

*David Courtney*
Signature of Applicant.

IN THE COURT OF COMMON PLEAS OF

DAUPHIN , COUNTY, PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA  : C.A. NO:

VS.  :

DAVID COURTNEY  :

ORDER

AND NOW, this _____ day of _____, 20___

it is here by Ordered that the applicant's Petition For Leave to Procede In Forma Pauperis is GRANTED

_____/J