SCANNING

07/16/01          TRANSFER-ADJUSTMENT-FORFEITURE REPORT

TRNS-ADJ        DATE        FUND       CASE NO                    DEF        AMOUNT
`****************************************************************************`
                                        SCRANTON
80300229701.    07/13/01    6855XX     3:01-OP-I                  1          -99.08
80300229702.    07/13/01    5100PL                                 0           8.12
80300229703.    07/13/01    5100PL                                 0           8.06
80300229704.    07/13/01    5100PL                                 0           6.80
80300229705.    07/13/01    0869PL                                 0           3.80
80300229706.    07/13/01    5100PL                                 0          59.43
80300229707.    07/13/01    5100PL                                 0           8.27
80300229708.    07/13/01    5100PL                                 0           4.60

                                           DIVISION TOTAL                      0.00

T22977    58.27    1:01-923    COURTNEY

FILED
SCRANTON
JUL 16 2001
PER _____
     DEPUTY CLERK

6
BAO
7-24-01