David Courtney
# DN 8154   S.C.I. Mahanoy
301 Morea Road
Frackville, PA 17932

Dated: 8/30/01

U.S. District Court
Middle District Of Pennsylvania
235 North Washington Avenue
P.O. BOX 1148
Scranton, PA 18501 - 1148

FILED
SCRANTON

SEP 0 4 2001

PER _____
DEPUTY CLERK

9/13/01
TS
Kane/D.B

To: Mary E. D'Andrea, Clerk of Court

This is David A. Courtney; writting this letter to you in responce to the Order-
of court dening my Civil Complaint that the Court turned into a Habias Courpus.
The Court stated that I had to exaust all posible State remadies, well the Superior -
Court denied my Appeal on March 5, 2001; Then I filed the Civil Complaint in your,
Court Please see exibit (1) attached, the denial from the Superior Court of my -
Appeal , Wherefore, I feel that you should reconsider the Habeas Courpias that is,
in your Court thank you for your time.

1:01-CV-923

Respectfully Submitted:
David Courtney
David A. Courtney.

David A. Courtney
#DN - 8154
301 Morea Road
Frackville, PA. 17932 - 0001