01-CV-923

```
Mon Jun 27 11:31:03 2005

    UNITED STATES DISTRICT COURT

    SCRANTON      , PA

Receipt No.   333 102158
Cashier       tanya

Tender Type  CHECK

Check Number: 13412

Transaction Type   AR

D0 Code   Div No    Acct
 4667       3      5100PL

Amount            $    10.63

    SCI CRESSON PO BOX A CRESSON, PA 166
99
    PARTIAL FILING FEE 01-CV-923 DAVID C
OURTNEY


    bn
```

**FILED**
SCRANTON

JUN 2 7 2005

Per_____
        DEPUTY CLERK