01-CV-923

```
Mon Jul 18 11:48:08 2005

    UNITED STATES DISTRICT COURT

    SCRANTON        , PA
Receipt No.    333 102397
Cashier        tanya

Tender Type  CHECK

Check Number: 13626

Transaction Type   AR

D0 Code    Div No      Acct
  4667       3        5100PL

Amount            $     19.30

   DAVID COURTNEY SCI CRESSON PO BOX A
CRESSON, PA 16699

   PARTIAL FILING FEE 01-CV-923



     bn
```

JUL 1 8 2005

Per_____
DEPUTY CLERK