

01-cv-923

```
Fri Aug 19 10:32:05 2005

    UNITED STATES DISTRICT COURT

       SCRANTON    , PA

Receipt No.   333 102899
Cashier       gina

Tender Type  CHECK

Check Number: 14033

Transaction Type   AR

D# Code    Div No      Acct
 4667        3        5100PL

Amount              $    6.60

SCI, CRESSON, PA

PART FF/01-0923/DAVID COURTNEY




       cn
```