01-CV-923

FILED
SCRANTON

SEP - 9 2005

Per_____ DEPUTY

General Depository for credit to
United States Treasury Symbol 6673

Fri Sep  9 11:17:45 2005

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   333 103098
Cashier       gina

Tender Type CHECK

Check Number: 14210

Transaction Type   AR

D0 Code      Div No      Acct
4667           3         5100PL

Amount              $     27.00

SCI, CRESSON, PA

PART FF/01-CV-0923.DAVID COURTNEY

cn