01-CV-923

FILED
SCRANTON
AUG 16 2005
PER _____ DEPUTY CLERK

```
Tue Aug 16 13:42:25 2005

    UNITED STATES DISTRICT COURT

    SCRANTON     , PA

Receipt No.  333 102849
Cashier      gina

Tender Type  CHECK

Check Number: 13935

Transaction Type   C

Case No./Def No.              /  0

DØ Code    Div No     Acct
 4667        3        5100PL

Amount           $      3.09

SCI, CRESSON, PA

PART FF/01-CV-0923/DAVID COURTNEY




    cn
```