FILED
SCRANTON
SEP 2 6 2005
Per _____ DEPUTY CLERK

01-923

Mon Sep 26 10:16:01 2005

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.   333 103340
Cashier       gina

Tender Type  CHECK

Check Number: 14335

Transaction Type   AR

DØ Code    Div No    Acct
 4667        3       5100PL

Amount           $    6.30

SCI, CRESSON, PA

PART FF/01-923/DAVID COURTNEY

cn