01-CV-923

```
Mon Oct 17 11:09:51 2005

     UNITED STATES DISTRICT COURT

        SCRANTON      , PA

Receipt No.  333 103577
Cashier      tanya

Check Number: 14569

D0 Code    Div No
 4667        3

Sub Acct Type Tender    Amount
0:5100PL  AR    2        8.81
1:0869PL  AR    2        8.29

Total Amount        $   17.10

DAVID COURTNEY SCI CRESSON PA BOX A
CRESSON, PA 16699

PARTIAL FILING FEE 01-CV-923
```

**FILED**
**SCRANTON**

OCT 17 2005

Per_____
DEPUTY CLERK

bn