01-0923

**FILED**
SCRANTON

NOV 1 4 2005

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

```
Mon Nov 14 12:02:58 2005

   UNITED STATES DISTRICT COURT

    SCRANTON       , PA

Receipt No.  333 103969
Cashier         gina

Tender Type  CHECK

Check Number: 14869

Transaction Type   AR

DØ Code    Div No    Acct
 4667        3      0869PL

Amount          $    12.00

SCI, CRESSON, PA

PART FF/01-0923/DAVID COURTNEY



  cn
```