FILED
SCRANTON

NOV 2 5 2005

Per _____ /s/ _____
DEPUTY CLERK

01-0923

```
Fri Nov 25 12:58:49 2005

    UNITED STATES DISTRICT COURT

       SCRANTON       , PA

Receipt No.   333 104151
Cashier       laura

Tender Type  CHECK

Check Number: 14965

Transaction Type   AR

DØ Code    Div No     Acct
4667         3        5100PL

Amount            $    6.72

SCI-CRESSON INMATE GENERAL WELFARE F
UND P.O. BOX A CRESSON PA 16699

    PARTIAL    / DAVID A. COURTNEY / 01-
0923

bp
```