01-CV-923

```
Wed Dec 21 10:16:40 2005

    UNITED STATES DISTRICT COURT

      SCRANTON    , PA

Receipt No.   333 104536
Cashier       tanya

Tender Type  CHECK

Check Number: 15232

Transaction Type   AR

D0 Code    Div No    Acct
 4667        3       0869PL

Amount           $      5.70

    SCI CRESSON PO BOX A CRESSON, PA 166
99
    PARTIAL FILING FEE 01-CV-923 DAVID C
OURTNEY
```

**FILED**
**SCRANTON**

DEC 2 1 2005

Per _____
DEPUTY CLERK