FILED
SCRANTON

JAN 2 7 2006

MARY E. D'ANDREA, CLERK

Per_____ DEPUTY CLERK

01-923

Fri Jan 27 10:54:45 2006

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No. 333 104986
Cashier      gina

Tender Type CHECK

Check Number: 13573

Transaction Type  AR

| DO Code | Div No | Acct |
|---------|--------|--------|
| 4567    | 3      | 086904 |

Amount            $    5.10

SCI. CRESSON, PA

PART FF/01-0923/DAVID ALLEN COURTNEY