01-CV-923

Tue Feb 14 13:59:19 2006

UNITED STATES DISTRICT COURT

SCRANTON          , PA

Receipt No.   333 105259
Cashier           tanya

Tender Type  CHECK

Check Number: 15787

Transaction Type   AR

DØ Code     Div No      Acct
4667          3        0869PL

Amount            $     6.00

SCI CRESSON PØ BØX A CRESSON, PA 166
99

PARTIAL FILING FEE 01-CV-923 DAVID C
ØURTNEY

Tue Feb 14 13:59:19 2006

Check No. 15787
Amount:     6.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667

**FILED
SCRANTON**

FEB 1 4 2006

PER _____
        DEPUTY CLERK