01-CV-923

```
Tue Feb 21 11:32:46 2006

    UNITED STATES DISTRICT COURT

      SCRANTON     , PA

Receipt No.   333 105348
Cashier       tanya

Tender Type  CHECK

Check Number: 15833

Transaction Type   AR

DO Code    Div No    Acct
 4667        3       0869PL

Amount            $    1.80

    SCI CRESSON PO BOX A CRESSON, PA 166
99

    PARTIAL FILING FEE 01-CV-923 DAVID C
OURTNEY
```

**FILED**
**SCRANTON**

FEB 2 1 2006

Per_____
DEPUTY CLERK